# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| DEBORAH CIMINO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ETZ HAYIM HOLDINGS, S.P.C., a foreign business corporation, dba LAZARUS NATURALS,<br><br>Defendants. | Case No.: 3:23-cv-01185-JR<br><br>**CLASS ACTION** |

## STIPULATED ORDER TO STAY CASE PENDING MEDIATION

Plaintiff, individually and on behalf of those similarly situated, and Defendant Etz Hayim Holdings, S.P.C. d/b/a Lazarus Naturals (collectively, the "Parties") state as follows:

WHEREAS, on August 14, 2023, Plaintiff Deborah Cimino filed a Class Action Complaint against Defendants regarding an alleged Data Breach. (ECF No. 1);

WHEREAS, counsel for the Parties have agreed to submit this matter to private mediation;

WHEREAS, the Parties have a confirmed mediation date on March 21, 2024 with the Honorable Wayne Anderson (Ret.), which is the earliest available date from Judge Anderson and at a time that will allow for the mutual exchange of sufficient information and data prior to mediation to ensure that the Parties have sufficient information to meaningfully engage in settlement discussions, which will allow the Parties to properly evaluate the case as a whole, including but not limited to, the strengths and weaknesses of each side's position;

WHEREAS, the Parties believe that judicial economy and the interests of the Parties would be served by a stay of this action to preserve the status quo while the Parties conduct their private mediation;

WHEREAS, no later than 7 days from the date of mediation on March 21, 2024, the Parties shall file a joint status report to update the Court on the status of their settlement negotiations, including whether a schedule should be set for the remainder of the case.

Accordingly, it is **ORDERED** that:

1.    This action is stayed for all purposes so that the Parties may attempt to resolve this action through private mediation;

2.    No later than 7 days from the date of the Parties' March 21, 2024, mediation, the Parties shall file a joint status report to update the Court on the status of the mediation and settlement negotiations, including whether a schedule should be set for the remainder of the case.

3.    Should the Parties fail to resolve this matter at the March 21, 2024, mediation, Defendant's responsive pleading deadline will be April 4, 2024, or within 14 days of the mediation should the mediation date be changed.

SO ORDERED.

Dated: January 9, 2024

                                               /s/ Jolie A. Russo
                                            HON. JOLIE A. RUSSO
                                            United States Magistrate Judge

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: January 9, 204 | Respectfully submitted, |
| /s/ *Anthony Copple* | /s/ *Paul B. Barton (w/consent)* |

| | |
|---|---|
| Anthony Copple<br>Scott William Osborne<br>**Jackson Lewis PC**<br>200 SW Market Street<br>Suite 540<br>Portland, OR 97201<br>anthony.copple@jacksonlewis.com | Paul B. Barton, OSB #100502<br>Alex Graven, OSB #153443<br>**OLSEN BARTON LLC**<br>4035 Douglas Way, Suite 200<br>Lake Oswego, OR 97035<br>paul@olsenbarton.com<br>alex@olsenbarton.com |
| Allan S. Rubin (*pro hac vice* to be filed)<br>**Jackson Lewis P.C.**<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>allan.rubin@jacksonlewis.com | Mason A. Barney (*pro hac vice* to be filed)<br>Tyler J. Bean (*pro hac vice* to be filed)<br>**SIRI & GLIMSTAD LLP**<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>mbarney@sirillp.com<br>tbean@sirillp.com |
| Jackson E. Biesecker (*pro hac vice*)<br>**Jackson Lewis P.C.**<br>Park Center Plaza I<br>6100 Oak Tree Blvd, Suite 400<br>Cleveland, OH 44131<br>jackson.biesecker@jacksonlewis.com | |

4864-7502-1723, v. 1