Paul B. Barton, OSB No. 100502
Alex Graven, OSB No. 153443
OLSEN BARTON LLC
4035 Douglas Way, Suite 200
Lake Oswego, OR 97035
Tel: (503) 468-5573
Fax: (503) 820-2933
paul@olsenbarton.com
alex@olsenbarton.com

Mason A. Barney  *(pro hac vice to be filed)*
Tyler J. Bean *(pro hac vice to be filed)*
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

*Attorneys for Plaintiff, individually and
on behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DEBORAH CIMINO, individually, and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>vs.<br><br>ETZ HAYIM HOLDINGS, S.P.C., a foreign business corporation, dba LAZARUS NATURALS,<br><br>           Defendants. | Case No.: 3:23-cv-01185-JR<br><br>**CLASS ACTION** |

**PARTIES' JOINT NOTICE OF SETTLEMENT**

Plaintiff, individually and on behalf of those similarly situated, and Defendant Etz Hayim Holdings, S.P.C. d/b/a Lazarus Naturals (collectively, the "Parties") state as follows:

WHEREAS, on August 14, 2023, Plaintiff Deborah Cimino filed a Class Action Complaint against Defendants regarding an alleged Data Breach. (ECF No. 1);

WHEREAS, counsel for the Parties agreed to submit this matter to private mediation;

WHEREAS, the Parties attended mediation on March 21, 2024 with the Honorable Wayne Anderson (Ret.);

WHEREAS, the Parties have reached an agreement in principle to fully resolve all claims in this case, including all claims affecting the putative class;

WHEREAS, the Parties anticipate Plaintiff will, by no later than May 10, 2024, file an amended complaint to include a second named plaintiff and, by no later than June 14, 2024, a motion for preliminary approval of the settlement will be filed.

Accordingly, it is **ORDERED** that:

1. Plaintiff shall file her amended complaint by no later than May 10, 2024; and

2. By no later than June 14, 2024, Plaintiff shall file a motion for preliminary approval of the settlement.

SO ORDERED.

Dated: April 29, 2024

_____
HON. JOLIE A. RUSSO
United States Magistrate Judge

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: April 29, 204 | Respectfully submitted, |
| /s/ Jackson E. Biesecker | /s/ Paul B. Barton |

| | |
|---|---|
| Anthony Copple<br>Scott William Osborne<br>**Jackson Lewis PC**<br>200 SW Market Street<br>Suite 540<br>Portland, OR 97201<br>anthony.copple@jacksonlewis.com | Paul B. Barton, OSB #100502<br>Alex Graven, OSB #153443<br>**OLSEN BARTON LLC**<br>4035 Douglas Way, Suite 200<br>Lake Oswego, OR 97035<br>paul@olsenbarton.com<br>alex@olsenbarton.com |
| Allan S. Rubin (pro hac vice to be filed)<br>**Jackson Lewis P.C.**<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>allan.rubin@jacksonlewis.com | Mason A. Barney (pro hac vice to be filed)<br>Tyler J. Bean (pro hac vice to be filed)<br>**SIRI & GLIMSTAD LLP**<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>mbarney@sirillp.com<br>tbean@sirillp.com |
| Jackson E. Biesecker<br>**Jackson Lewis P.C.**<br>Park Center Plaza I<br>6100 Oak Tree Blvd, Suite 400<br>Cleveland, OH 44131<br>jackson.biesecker@jacksonlewis.com | *Attorneys for Plaintiff, individually and on behalf of all others similarly situated* |
| *Attorneys for Defendant* | |

4864-7502-1723, v. 1