IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH CIMINO, et al.,

              Plaintiff(s),

v.

ETZ HAYIM HOLDINGS, S.P.C.,

              Defendant(s).

Civil No. 3:23-cv-01185-JR

**ORDER**

Based on the record,

IT IS ORDERED that Plaintiffs' Unopposed Motion for Attorneys' Fees Award, Expense Reimbursement, and Service Awards to Representative Plaintiffs [22] is GRANTED. The Court approves, as fair and reasonable, class counsel's request for fees in the amount of $75,000 (25% of the $300,000 Settlement Fund), costs and expenses in the amount of $17,491.35, and Class Representative Service Awards to the two Plaintiffs in the amount of $5,000 each, for a total of $10,000 in Service Awards.

Dated this 11th day of September, 2024.

                                            by    /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                                    United States Magistrate Judge