IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH CIMINO, et al.,

                Plaintiff(s),

    v.

ETZ HAYIM HOLDINGS, S.P.C.,

                Defendant(s).

Civil No. 3:23-cv-01185-JR

**JUDGMENT**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that all claims of the Settlement Class against Defendant ETZ Hayim Holdings, S.P.C. in this action are DISMISSED with prejudice and without costs or fees except as explicitly provided for in the Settlement Agreement. Pending motions, if any, are DENIED AS MOOT.

    Dated this 21st day of November, 2024.

by _____*Jolie A. Russo*_____
         Jolie A. Russo
         United States Magistrate Judge